ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 14 2026

KEVIN P. WEIMER, Clerk
By                Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

UNITED STATES OF AMERICA

*v.*

WILLIAM CRAIG CRABTREE

Criminal Indictment

No.   4 : 26 C R - 0 0 1 2

THE GRAND JURY CHARGES THAT:

## Count One
### (Receiving Explosive Material Without a License)

On or about July 4, 2025, in the Northern District of Georgia, the defendant, WILLIAM CRAIG CRABTREE, knowingly possessed explosive materials, that is, a perchlorate explosive mixture consisting of potassium perchlorate and aluminum, and the defendant was not a licensee or permittee under Chapter 40 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## Forfeiture Provision

Upon conviction of the offense alleged in this Indictment, the defendant, WILLIAM CRAIG CRABTREE, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of said violations or traceable to said violations and pursuant to Title 18, United States Code, Section 844(c), any explosive materials involved or used or

intended to be used in said violations.  The property to be forfeited includes, but is not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
UNITED STATES ATTORNEY

*Dashene A. Cooper*

DASHENE A. COOPER

2

ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 385738

600 U.S. COURTHOUSE
75 TED TURNER DRIVE SW
ATLANTA, GA 30303
404-581-6000; FAX: 404-581-6181

3